

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Francisco Gonzalez-Soto,

    Defendant.

CASE NO. 18-cr-02439-JAH-1

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

8:1324(A)(2)(B)(iii) - Bringing in Aliens Without Presentation; Aiding and Abetting.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/29/18

John A. Houston
U.S. District Judge